**FILED**
October 27, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____JU\_\_\_\_\_
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| SPARTAN MEDICAL, INC., § § *Plaintiff*, § § v. § § GLOBUS MEDICAL, INC., TISSUE § TRANSPLANT TECHNOLOGY, LTD., § § *Defendants*. § | CIVIL NO. SA-20-CV-00071-OLG |

## ORDER ADMINISTRATIVELY CLOSING CASE

On February 4, 2020, the Court granted the parties' Consent Motion to Stay Proceedings (Dkt. No. 4) and stayed the case until further order of the Court. Accordingly, the Court hereby administratively CLOSES this case for the duration of the stay. The Clerk of the Court is ORDERED to administratively close this case upon entry of this Order. If the parties wish to reopen the case or lift the stay, they may do so by filing a motion to reopen.

It is so **ORDERED**.

**SIGNED** this  27th  day of October, 2021.

_____
ORLANDO L. GARCIA
Chief United States District Judge